UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BURTON M. KOSS,

    Plaintiff,

v.

    Case No. 1:24-cv-1240

    Hon. Hala Y. Jarbou

AMBER BERRY, et al.,

    Defendants.
_____/

## ORDER

On May 30, 2025, the magistrate judge entered a report and recommendation ("R&R") that the Court grant Defendants' motion to dismiss as to Plaintiff's federal claim and decline supplemental jurisdiction over Plaintiff's remaining claims. (R&R, ECF No. 25.) No parties have filed objections to the R&R. The Court agrees with the recommended disposition.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 25) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss (ECF No. 10) is **GRANTED IN PART** as set forth in the R&R.

**IT IS FURTHER ORDERED** that Plaintiff's federal claim for violation of his rights under the Health Insurance Portability and Accountability Act (HIPAA) and its accompanying regulations is **DISMISSED WITH PREJUDICE** for failure to state a claim.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining claims, which arise under state law. Those claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will enter in accordance with this Order.

Dated: July 8, 2025                         /s/ Hala Y. Jarbou
                                            HALA Y. JARBOU
                                            CHIEF UNITED STATES DISTRICT JUDGE